PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: HINNANT, Wallace                                    Cr.: 05-00017-001
                                                                      PACTS #: 39211

Name of Assigned Judicial Officer:     THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/19/2006

Original Offenses:   Attempted Murder (Count One)
                     Assault with a Dangerous Weapon (Count Two)
                     Possession of a Firearm to Facilitate a Violent Crime (Count Three)

Original Sentence: 207 months imprisonment; 5 years supervised release; $300 special assessment; $2,500 fine

Special Conditions: 1) Alcohol and drug testing/treatment; 2) Refrain from any crime/threat group association; and 3) Financial disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/14/2020

## STATUS UPDATE/SUMMARY

In June 2021, Hinnant was admitted into the New Jersey Department of Health Medical Marijuana Program. All pertinent supporting documentation including medical reports have been submitted and reviewed.

**U.S. Probation Office - Requested Action:** Probation would like Your Honor to be aware of the offender's admittance into this program and requests input pertaining to the drug testing/treatment special condition.

                                          Respectfully submitted,

                                          SUSAN M. SMALLEY, Chief
                                          U.S. Probation Officer

                                          *Joseph Empirio*

                                    By:   JOSEPH EMPIRIO
                                          Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
HINNANT, Wallace

APPROVED:

_____  09/23/2021
DONALD L. MARTENZ, JR.              Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court takes no position of the offender's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.

[ ] The Court DOES NOT APPROVE of the offender's admittance into the state's medical marijuana program.

/s/ Kevin McNulty
Signature of Judicial Officer

9/23/2021
Date